Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980 Phone
(806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

WANDA SUE KILGO

CASE NO: 13-70315-HDH-13
HEARING DATE: 10/16/2013
HEARING TIME: 10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 10/16/2013 at 10:00 AM at the following location

LIVE HEARING: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 10/16/2013 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:     9/10/2013

Respectfully submitted,

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   9/10/2013                                             /s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

BANK OF AMERICA ATTN: RECOVERY DEPARTMENT 4161 PEIDMONT PKWY GREENBORO NC 27410
BANK OF AMERICA PO BOX 982238 EL PASO TX 79998
BARCLAYS BANK DELAWARE PO BOX 8801 WILMINGTON DE 19899
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CHASE PO BOX 15298 WILMINGTON DE 19850
CHASE PO BOX 24696 COLUMBUS OH 43224
CITIBANK PO BOX 790034 ST LOUIS MO 63179
CITIBANK SD NA ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
CITIBANK USA HOME DEPOT CITICORP CREDIT SERVICES-ATTN: CENTRALI PO BOX 20507 KANSAS CITY MO 64195
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
COMENITY BANK-ALON PO BOX 182789 COLUMBUS OH 43218
DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON DE 19850
DISCOVER FINANCIAL SERVICES PO BOX 3025 NEW ALBANY OH 43054
DSRM NATIONAL BK/DIAMOND SHAMROCK/VALE PO BOX 631 AMARILLO TX 79105
GECRB - SUTHERLANDS ATTENTION BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GECRB/JC PENNEYS BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
GECRB/LOWES ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101
JC PENNEY PO BOX 533 DALLAS TX 75221
KOHLS/CAPONE N56 W 17000 RIDGEWOOD DR MENOMONEE FALLS WI 53051
SAMS CLUB GEMB ATTENTION: BANKRUPTCY DEPARTMENT PO BOX 103104 ROSWELL GA 30076
SEARS/CITIBANK PO BOX 6282 SIOUX FALLS SD 57117
SHELL OIL/CITIBANK ATTN: CENTRALIZED BANKRUPTCY PO BOX 20363 KANSAS CITY MO 64195
STATE FARM FNCL SVCS F STATE FARM BANK/ATTENTION BANKRUPTCY PO BOX 2328 BLOOMINGTON IL 61702
TEXOMA COMMUNITY CR UN PO BOX 1320 WICHITA FALLS TX 76307
THE ESTATE OF JOHNNY C KILGO 4633 KARLA WICHITA FALLS TX 76310
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4 FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE WASHINGTON DC 20530
WANDA SUE KILGO 4633 KARLA WICHITA FALLS TX 76310